# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 710 |
| | : | |
| REAPPOINTMENTS TO ORPHANS' | : | SUPREME COURT RULES |
| | : | |
| COURT PROCEDURAL RULES | : | |
| | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of September, 2016, Lori J. Cerato, Esquire, Monroe County, Wayne M. Pecht, Esquire, Cumberland County, and Charles J. Avalli, Esquire, Allegheny County, are hereby reappointed as members of the Orphans' Court Procedural Rules Committee for terms expiring January 1, 2020.